IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN
MILWAUKEE DIVISION

RICHARD BRAUN, et al.,

    Plaintiffs,

v.   Case No. 23-cv-234

MARTIN J. WALSH, in his official
capacity as Secretary of Labor,

    Defendant.

## UNOPPOSED MOTION FOR EXTENSION OF TIME

Plaintiffs by their undersigned counsel hereby move for a one-week extension of time, to April 18, 2023, to reply to Defendant's response in opposition to Plaintiffs' Motion for Preliminary Injunction and Temporary Restraining Order. Defendant's counsel has indicated that Defendant consents to this request. In support of this motion, Plaintiffs state:

1. On March 13, Defendant moved for a one-week extension of time to March 28 to respond to Plaintiffs' Motion for Preliminary Injunction and Temporary Restraining Order. *See* ECF No. 13.

2. On March 14, this Court granted Defendant's motion. *See* ECF No. 14.

3. As a result, Plaintiffs' deadline to reply to Defendant's response has been pushed out a week further than it was originally.

4. Counsel for Plaintiffs is scheduled to be out of town this week for a previously scheduled family vacation, and therefore Plaintiffs request an additional week to reply to Defendant's response, extending their filing deadline to April 18.

5. Counsel for Plaintiffs conferred with counsel for Defendant regarding this request, and counsel for Defendant indicated that Defendant agrees to the proposed extension.

6. Therefore, Plaintiffs respectfully request a one-week extension of time to reply to Defendant's response in opposition to Plaintiffs' Motion for Preliminary Injunction and Temporary Restraining Order.

Dated this 4th day of April, 2023.

WISCONSIN INSTITUTE FOR
LAW & LIBERTY, INC.

s/ *Katherine D. Spitz*

Richard M. Esenberg (WI Bar No. 1005622)
Katherine D. Spitz (WI Bar No. 1066375)
Lucas T. Vebber (WI Bar No. 1067543)
Daniel P. Lennington (WI Bar No. 1088694)
330 East Kilbourn Avenue, Suite 725
Milwaukee, WI 53202
Telephone: (414) 727-9455
Facsimile: (414) 727-6385
Rick@will-law.org
Kate@will-law.org
Lucas@will-law.org
Dan@will-law.og

*Attorneys for Plaintiffs*