UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN
MILWAUKEE DIVISION

| | |
|---|---|
| FREDERICK LUEHRS, III,<br><br>               Plaintiff,<br>v.<br><br>VINCE MICONE, in his official capacity<br>as Acting Secretary of Labor,[1]<br><br>               Defendant. | Case No. 2:23-cv-234 |

## NOTICE OF SUPPLEMENTAL AUTHORITY

Pursuant to Civil L. R. 7(k), Defendant hereby respectfully notifies the Court of the February 14, 2025 opinion and order in *Utah v. Micone*, No. 23-cv-16 (N.D. Tex.), granting summary judgment in favor of Defendants—Vince Micone, in his official capacity as Acting Secretary of Labor, and the U.S. Department of Labor—following remand from Fifth Circuit "for the limited purpose of reconsidering Plaintiffs' challenge in light of the Supreme Court's decision in *Loper Bright* [*v. Raimondo*, 144 S. Ct. 2244 (2024)*.*" *Utah v. Su,* 109 F.4th 313, 322 (5th Cir. 2024). The *Utah* court determined that the rule Plaintiff challenges here—Prudence and Loyalty in Selecting Plan Investments and Exercising Shareholder Rights, 87 Fed. Reg. 73822 (Dec. 1, 2022) ("Final Rule")—was not in excess of statutory authority under *Loper Bright*. The court also declined to revisit its prior, pre-remand holding that the Final Rule was not arbitrary or capricious under the Administrative Procedure Act. The opinion is attached hereto and available online at *Utah v. Micone*, No. 2:23-CV-016-Z, 2025 WL 510331 (N.D. Tex. Feb. 14, 2025).

---

[1]     Pursuant to Federal Rule of Civil Procedure 25(d), Vince Micone, Acting Secretary of the Department of Labor, is substituted as a defendant in his official capacity for his predecessor, Julie A. Su.

Dated: February 21, 2025              Respectfully submitted,

BRETT A. SHUMATE
*Principal Deputy Assistant Attorney General*

JULIE STRAUS HARRIS
*Assistant Branch Director*

<u>/s/ *Cassandra M. Snyder*</u>
CASSANDRA M. SNYDER
*Trial Attorney*
U.S. Department of Justice
Civil Division
Federal Programs Branch
1100 L Street NW
Washington, DC 20005
(202) 451-7729
cassandra.m.snyder@usdoj.gov

*Counsel for Defendant*