UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN
MILWAUKEE DIVISION

| | |
|---|---|
| FREDERICK LUEHRS, III, | ) |
| Plaintiffs, | ) |
| v. | ) Case No. 2:23-cv-234 |
| VINCE MICONE, in his official capacity as Acting Secretary of Labor, | ) |
| Defendant. | ) |

## MOTION TO WITHDRAW APPEARANCE
## OF CASSANDRA M. SNYDER

Pursuant to Civil L.R. 7.1(e)(3), the undersigned, Cassandra M. Snyder of the U.S. Department of Justice, respectfully requests that the Court withdraw her appearance as counsel of record for Defendant in the above-captioned matter. As good cause in support of this request, undersigned counsel is ending her employment with the Department of Justice, effective September 5, 2025, and Defendant will be represented by counsel who intends to file a notice of appearance on the docket imminently. Plaintiffs consent to the relief requested herein.

Dated: September 5, 2025

Respectfully submitted,

BRETT A. SHUMATE
*Principal Deputy Assistant Attorney General*

JACQUELINE COLEMAN SNEAD
*Assistant Branch Director*

/s/ *Cassandra M. Snyder*
CASSANDRA M. SNYDER
*Trial Attorney*
U.S. Department of Justice
Civil Division
Federal Programs Branch

1100 L Street NW  
Washington, DC 20005  
(202) 451-7729  
Cassandra.m.snyder@usdoj.gov

*Counsel for Defendant*